MARIANO NASELLO, Appellant, v. HOME INSURANCE COMPANY OF NEW YORK, Respondent.   (Action No. 1.)

ROSE NASELLO, Appellant, v. HOME INSURANCE COMPANY OF NEW YORK, Respondent.   (Action No. 2.)

ROSE NASELLO, Appellant, v. QUEENS INSURANCE COMPANY OF NEW YORK, Respondent.   (Action No. 3.)

ROSE NASELLO, Appellant, v. CITY OF NEW YORK INSURANCE COMPANY, Respondent.   (Action No. 4.)

ROSE NASELLO, Appellant, v. ROYAL INSURANCE COMPANY OF ENGLAND, Respondent.   (Action No. 5.)

ROSE NASELLO, Appellant, v. NEW YORK UNDERWRITERS INSURANCE COMPANY OF NEW YORK, Respondent.   (Action No. 6.)

Argued January 25, 1938;  decided March 8, 1938.

*Walter F. Cherry* and *William L. Clay* for appellants.

*Percival D. Oviatt* and *Robert L. Griffith* for respondents.

Judgments affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.